**Eartell GREEN, Movant/Appellant,**

v.

**STATE of Missouri,
Respondent/Respondent.**

No. 64991.

Missouri Court of Appeals,
Eastern District,
Division One.

July 19, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 22, 1994.

Application to Transfer Denied
Sept. 20, 1994.

David C. Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and CRIST and CRAHAN, J.J.

*ORDER*

PER CURIAM.

Movant appeals the denial of his Rule 24.-035 motion without an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).